IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HASTY : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-4335 |
| COUNTY OF MONTGOMERY, ET AL. : | |

**O R D E R**

**AND NOW**, this  28th  day of  February , 2014, upon consideration of Defendants the County of Montgomery and Correctional Medical Care Inc.'s Motion to Dismiss (ECF No. 27), and Defendant Dr. Margaret Carillo's Motion to Dismiss and Motion to Strike (ECF No. 25), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**